Commonwealth *v.* Lippolis, Appellant.

Argued September 11, 1968. *John W. Packel*, Assistant Defender, with him *Melvin Dildine*, Assistant Defender, and *Herman I. Pollock*, Defender, for appellant; *James D. Crawford*, Assistant District Attorney, with him *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.